# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

*In re* Flint Water Cases.

_____/

Judith E. Levy
United States District Judge

This Order Relates To:

ALL CASES

_____/

## ORDER REGARDING STATUS CONFERENCE AND DISCOVERY CONFERENCE PROTOCOL

The Court is suspending its monthly status and discovery conferences in the Flint Water Cases because of the ongoing Bellwether I trial. Conferences will be held on an as-needed basis until otherwise ordered. If the parties have an issue to raise with the Court, they must use the following protocol.

In the case of a dispute, the parties shall first meet and confer. They may contact the Court only in the event of an impasse. For any non-disputes that the parties wish to bring before the Court (i.e., a topic that would ordinarily be submitted as a proposed status conference topic), the parties shall first provide notice to the executive committee for

Defendants,[1] Co-Lead Class Counsel, and Co-Liaison Counsel before contacting the Court.

Any issue brought to the Court should be done via e-mail to the Undersigned's Law Clerk and the e-mail shall:

(1) certify that the meet and confer or notice provisions have been complied with;

(2) set forth two to three sentences indicating of the nature of the dispute or topic; and

(3) copy all relevant counsel.

If the Court accepts a topic for hearing, it will issue a notice of hearing and agenda. The notice and agenda will include whether the Court will accept written submissions from the parties in advance of the hearing. The parties should not submit or file items on the docket unless otherwise ordered. Hearings will be held on the record either by video teleconference or in person.

IT IS SO ORDERED.

Dated: March 24, 2022  s/Judith E. Levy
Ann Arbor, Michigan  JUDITH E. LEVY
  United States District Judge

---

[1] The executive committee for Defendants is defined in the Fifth Case Management Order. (ECF No. 1255, PageID.39352, fn. 7.)

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 24, 2022.

                                      s/William Barkholz
                                      WILLIAM BARKHOLZ
                                      Case Manager